UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GEORGE BROOKS, JR. (#112526)

VERSUS                                                                                          CIVIL ACTION

RICHARD STALDER, ET AL                                                              NO. 07-654-A

## RULING

The court, after carefully considering the complaint, the record, the law applicable to this action, and the Report and Recommendation of Magistrate Judge Stephen C. Riedlinger dated September 10, 2007 (doc. 4), to which no objection has been filed, hereby approves the report and recommendation and adopts it as the court's opinion herein.

Accordingly, plaintiff's complaint shall be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), without prejudice to any state law claim.

Baton Rouge, Louisiana, September 26, 2007.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA